1  Christopher H. Howard
   Allison K. Miller
2  Schwabe, Williamson & Wyatt, P.C.
   US Bank Centre
3  1420 5th Ave., Suite 3010
   Seattle, WA 98101
4  206.622.1711

5              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
6
7  BARBARA WILLIAMS,                    Case No. CV-06-197-LRS

        Plaintiff,                      ORDER OF DISMISSAL
8
   v.
9
   U.S. BANCORP, a Delaware
10 corporation; and DIEBOLD
   INCORPORATED; an Ohio
11 corporation; PROXYMED
   INCORPORATED, a Florida
12 Corporation; THE LITIGATION
   TRUST OF MDIP INCORPORATED,
13 a Delaware express trust,

14      Defendants.

15              **ORDER OF DISMISSAL**

16      Based on the foregoing Stipulation of Dismissal (Dkt #163), IT IS

17 HEREBY ORDERED that all claims against all parties in this matter are

18 dismissed with prejudice and without costs to any party.
19
20      Dated this 28th  day of May, 2009.
21
22
                         s/Lonny R. Suko
23                       _____
                         Honorable Lonny R. Suko
24                       United States District Judge
25
26

ORDER OF DISMISSAL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

PDX/020887/153996/AKM/4734911.1

1

2

Presented by:

3

4    SCHWABE, WILLIAMSON & WYATT, P.C.

5

6    By:    /s Allison K. Miller
              Christopher H. Howard, WSBA #11074
7              Allison K. Miller, WSBA #36977
8              *Attorneys for Defendants, Diebold Incorporated*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
Telephone 206.622.1711

PDX/020887/153996/AKM/4734911.1